

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00394-CV

---

LASHAY HAMILTON, APPELLANT

V.

HOME RENT 2 LLC, APPELLEE

---

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2024-005165-1, Honorable Don Pierson, Presiding

---

March 5, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, LaShay Hamilton, proceeding pro se, appeals from the trial court's judgment.[1]  Hamilton's brief was due February 7, 2025, but was not filed.  By letter of February 14, 2025, we notified Hamilton that the appeal was subject to dismissal for want

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE ANN. § 73.001.

of prosecution, without further notice, if a brief was not received by February 24.  To date, Hamilton has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss her appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam